BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com

HEDIN HALL LLP
David W. Hall (State Bar No. 274921)
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone:  (415) 766-3534
Facsimile:   (415) 402-0058
Email: dhall@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant. | Case No. 5:20-cv-02257-LHK <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs H.K. and J.C., by and through their father and legal guardian Clinton Farwell, hereby dismiss the above-entitled action against defendant Google LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 1, 2020                                   **BURSOR & FISHER, P.A**.

                                                      By:    */s/ L. Timothy Fisher*

                                                      L. Timothy Fisher (State Bar No. 191626)
                                                      1990 North California Blvd., Suite 940
                                                      Walnut Creek, CA  94596
                                                      Telephone: (925) 300-4455
                                                      Facsimile: (925) 407-2700
                                                      Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**HEDIN HALL LLP**
David W. Hall (State Bar No. 274921)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
Email: dhall@hedinhall.com

**HEDIN HALL LLP**
Frank S. Hedin (State Bar No. 291289)
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiffs, by and through their father and legal guardian Clinton Farwell, and the Putative Class*